# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRIAN HEBERT,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE LITIGATION DOCUMENT GROUP, INC., *et al.*,<br><br>　　　　Defendants. | 2:17-cv-01536-KJD-CWH<br><br>**ORDER** |

　　　　Plaintiff's counsel, L. Joe Coppedge, has notified the court that he needs to reschedule the Early Neutral Evaluation due to a family emergency.

　　　　Accordingly, and for good cause shown,

　　　　IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for October 24, 2017, is VACATED and RESCHEDULED to 10:00 AM, November 28, 2017. All else as stated in the Order (ECF No. 15) scheduling the ENE remains unchanged.

　　　　DATED this 23rd day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE