Leah A. Martin, Esq.
Nevada Bar No. 7982
Christopher Huang, Esq.
Nevada Bar No. 14061
LEAH MARTIN LAW
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, Nevada 89119
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
chuang@leahmartinlv.com
*Attorney for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HEBERT, an individual, | Case No.: 2:17-cv-01536-KJD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |
| vs. | |
| THE LITIGATION DOCUMENT GROUP, INC., a Domestic Corporation; CRAIG RENARD, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

### STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION
### (Second Request)

Pursuant to LR IA 6-1, LR IA 6-2, LR 16-6, LR 26-4, and the Court's October 23, 2017 Order (Docket #24), the Parties hereto, by and through their attorneys of record, respectfully submit their Stipulation and Order to Continue the Early Neutral Evaluation. This is the Parties' Second Request to Continue the Early Neutral Evaluation.

The Parties' First Request was made on October 23, 2017 when Plaintiff's counsel, L. Joe Coppedge, telephonically informed the Court of a family emergency. As such, the Court vacated the Early Neutral Evaluation scheduled for October 24, 2017 and rescheduled it for November 28, 2017. The Court noted that everything else in its September 11, 2017 Order (Docket #15) remains unchanged.

/ / /

## I. Good Cause to Continue Early Neutral Evaluation

As mentioned above, Plaintiff's counsel had a family emergency that necessitated the rescheduling of the Early Neutral Evaluation. When the Court issued its Order rescheduling the Early Neutral Evaluation, Defendants' counsel, Christopher Huang, informed Plaintiff's counsel that the Defendants' representative with decision-making authority would not be available for the Early Neutral Evaluation due to the Thanksgiving holiday. Plaintiff's counsel agreed to prepare the Stipulation to Continue the Early Neutral Evaluation. However, due to Plaintiff's counsel's family emergency, the Stipulation to Continue the Early Neutral Evaluation was not submitted 21 days before November 28, 2017.

## II. Proposed Dates to Reschedule the Early Neutral Evaluation

The Parties have been informed that the Court is available to conduct the Early Neutral Evaluation in January and that we should include proposed dates. Please find the proposed dates below:

| | |
|---|---|
| January 3, 2018 | Wednesday |
| January 5, 2018 | Friday |
| January 8, 2018 | Monday |
| January 10, 2018 | Wednesday |
| January 11, 2018 | Thursday |
| January 15, 2018 | Monday |
| January 16, 2018 | Tuesday |
| January 17, 2018 | Wednesday |
| January 18, 2018 | Thursday |

///
///
///
///
///
///

**III. Conclusion**

Based on the foregoing, the Parties respectfully submit that the Court reschedule the Early Neutral Evaluation to one of the proposed dates when all required people will be able to attend.

RESPECTFULLY SUBMITTED,

Dated this 21st day of November, 2017

MUSHKIN CICA COPPEDGE

*/s/ Joe Coppedge*
_____
L. JOE COPPEDGE, ESQ.
Nevada Bar No. 4954
4475 S. Pecos Road
Las Vegas, NV 89121
Telephone: 702-386-3999
Facsimile: 702-454-3333
jcoppedge@mccnvlaw.com
*Attorneys for Plaintiff*

Dated this 21st day of November, 2017

LEAH MARTIN LAW

*/s/ Christopher Huang*
_____
LEAH A. MARTIN, ESQ
Nevada Bar No. 7982
CHRISTOPHER HUANG, ESQ.
Nevada Bar No. 14061
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, NV 89119
Telephone: 702-420-2733
Facsimile: 702-330-3235
lmartin@leahmartinlv.com
chuang@leahmartinlv.com
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-21-2017

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for November 28, 2017 is rescheduled to January 11, 2018 at 10:00 AM.  All else as stated in the order (ECF No. 15) scheduling the ENE remains unchanged.  Any supplements to the confidential statements must be submitted by 4:00 PM, January 4, 2018.