1  Leah A. Martin, Esq.
   Nevada Bar No. 7982
2  Christopher Huang, Esq.
   Nevada Bar No. 14061
3  LEAH MARTIN LAW
   6671 S. Las Vegas Blvd., Ste. 210
4  Las Vegas, Nevada 89119
   Telephone: (702) 420-2733
5  Facsimile: (702) 330-3235
   lmartin@leahmartinlv.com
6  chuang@leahmartinlv.com
   *Attorney for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HEBERT, an individual, | Case No.: 2:17-cv-01536-KJD-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |
| vs. | |
| THE LITIGATION DOCUMENT GROUP, INC., a Domestic Corporation; CRAIG RENARD, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | **(THIRD REQUEST)** |
| Defendants. | |

## STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION
### (Third Request)

Pursuant to LR IA 6-1, LR IA 6-2, LR 16-6, LR 26-4, and the Court's November 21, 2017 Order (Docket #28), the Parties hereto, by and through their attorneys of record, respectfully submit their Stipulation and Order to Continue the Early Neutral Evaluation. This is the Parties' Thrid Request to Continue the Early Neutral Evaluation.

The Parties' First Request was made on October 23, 2017 when Plaintiff's counsel, L. Joe Coppedge, telephonically informed the Court of a family emergency. As such, the Court vacated the Early Neutral Evaluation scheduled for October 24, 2017 and rescheduled it for November 28, 2017. The Court noted that everything else in its September 11, 2017 Order (Docket #15) remains unchanged.

/ / /

| | |
|---|---|
| 1 | The Parties' Second Request was made on November 21, 2017 when the Parties submitted a Stipulation to Extend the Early Neutral Evaluation because the Defendants' representative with decision-making authority would not be available for the Early Neutral Evaluation due to the Thanksgiving holiday. As such, the Court vacated the Early Neutral Evaluation scheduled for November 28, 2017 and rescheduled it for January 11, 2018. The Court noted that everything else in its September 11, 2017 Order (Docket #15) remains unchanged. |

## I. Good Cause to Continue Early Neutral Evaluation

When the Parties Second Request was submitted, Defendants' representative's, who is also the President of his company, available dates were provided. Shortly after the Court rescheduled the Early Neutral Evaluation, Defendants' representative had a business matter come up that will necessitate his being out of state during the rescheduled date of January 11, 2018. As this Third Request is being submitted more than 21 days before January 11, 2018, there is good cause to continue the Early Neutral Evaluation.

## II. Proposed Dates to Reschedule the Early Neutral Evaluation

The Parties have been informed that the Court is available to conduct the Early Neutral Evaluation in January except for the week of January 15 – 19 and that we should include proposed dates. Please find the proposed dates below:

|  |  |
|---|---|
| January 8, 2018 | Monday |
| January 22, 2018 | Monday |
| January 23, 2018 | Tuesday |
| January 29, 2018 | Monday |
| January 30, 2018 | Tuesday |

///
///
///
///
///

### III. Conclusion

Based on the foregoing, the Parties respectfully submit that the Court reschedule the Early Neutral Evaluation to one of the proposed dates when all required people will be able to attend.

RESPECTFULLY SUBMITTED,

Dated this 11th day of December, 2017

MUSHKIN CICA COPPEDGE

/s/ Joe Coppedge

L. JOE COPPEDGE, ESQ.
Nevada Bar No. 4954
4475 S. Pecos Road
Las Vegas, NV 89121
Telephone: 702-386-3999
Facsimile: 702-454-3333
jcoppedge@mccnvlaw.com
*Attorneys for Plaintiff*

Dated this 11th day of December, 2017

LEAH MARTIN LAW

/s/ Christopher Huang

LEAH A. MARTIN, ESQ
Nevada Bar No. 7982
CHRISTOPHER HUANG, ESQ.
Nevada Bar No. 14061
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, NV 89119
Telephone: 702-420-2733
Facsimile: 702-330-3235
lmartin@leahmartinlv.com
chuang@leahmartinlv.com
*Attorneys for Defendants*

IT IS SO ORDERED.

[signature]

UNITED STATES ~~DISTRICT~~ JUDGE
DATED: _____Magistrate_____
December 11, 2017

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for January 11, 2018 is RESCHEDULED to January 29, 2018 at 10:00 AM. All else as stated in the Order (ECF No. 15) scheduling the ENE remains unchanged. The confidential statement is due at 4:00 PM, January 22, 2018.