UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

BRIAN HEBERT,

Plaintiff,

v.

THE LITIGATION DOCUMENT GROUP, *et al.*,

Defendants.

Case No. 2:17-cv-01536-KJD-CWH

ORDER

Before the Court for consideration is the Report and Recommendation (#48) of Magistrate Judge Carl W. Hoffman entered October 30, 2018, recommending that Defendants' Motion for Leave to Amend Answer (#42) be denied. Though the time for doing so has passed, Defendants have failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-1. The Court finds that the Magistrate's Order (#48) is neither clearly erroneous nor contrary to law under Federal Rule of Civil Procedure 72(a). See 28 U.S.C. § 636(b)(1)(A). This Court does not have a definite and firm conviction that a mistake has been made. See Weeks v. Samsung Heavy Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997). The Court determines that the Report and Recommendation (#48) of the United States Magistrate Judge entered October 30, 2018, should be **ADOPTED** and **AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#48) entered October 30, 2018, are **ADOPTED** and **AFFIRMED**;

///

///

1       IT IS FURTHER ORDERED that Defendant's Motion for Leave to Amend Answer

2  (#42) is **DENIED**.

3   Dated this 19th day of December, 2018.

4

5                                             _____

6                                           Kent J. Dawson
                                         United States District Judge