MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 2421
L. JOE COPPEDGE, ESQ.
Nevada Bar No. 4954
MUSHKIN CICA COPPEDGE
4495 S. Pecos Road
Las Vegas, NV 89121
Telephone: 702-454-3333
Facsimile: 702-386-4979
michael@mccnvlaw.com
jcoppedge@mccnvlaw.com

*Attorneys for Plaintiff,*
*Brian Hebert*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN HEBERT, <br><br> Plaintiff, <br><br> vs. <br><br> THE LITIGATION DOCUMENT GROUP, INC., a Domestic Corporation; CRAIG RENARD, an individual; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:17-cv-01536-KJD-DJA |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**OF PLAINTIFF'S CLAIMS**

Pursuant to an agreement reached between Plaintiff, Brian Hebert, by and through his counsel, L. Joe Coppedge of the law firm of Mushkin & Coppedge, and Defendants, The Litigation Document Group, Inc. and Craig Renard, by and through their counsel, Leah E. Martin and Chris Huang of Leah Martin Law, the Parties hereby stipulate that:

1. The Plaintiff's Claims be dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated this 30 day of September, 2019.    Dated this 25 day of September, 2019.

MUSHKIN CICA COPPEDGE    LEAH MARTIN LAW

/s/ Michael R. Mushkin    /s/ Kevin Hejmanowski

MICHAEL R. MUSHKIN, ESQ.    LEAH A. MARTIN, ESQ
Nevada Bar No. 2421    Nevada Bar No. 0982
L. JOE COPPEDGE, ESQ.    KEVIN J. HEJMANOWSKI, ESQ.
Nevada Bar No. 4954    Nevada Bar No. 10612
4495 S. Pecos Road    3100 W. Sahara Avenue, #202
Las Vegas, NV 89121    Las Vegas, NV 89102a
*Attorneys for Plaintiff*    *Attorneys for Defendants*

## ORDER

In consideration of the parties' stipulation, and with good cause appearing, IT IS HEREBY ORDERED that the Plaintiff's Claims are dismissed with prejudice and each party to bear its own costs and fees.

DATED this 9th day of ~~September~~ October 2019.

_____
UNITED STATES DISTRICT JUDGE